UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
MARC TISHFIELD,

Plaintiff,

-against-

Docket No.: 11-cv-6359 (JSR)

ECF Case

**RULE 7.1 STATEMENT**

BELAL K. FARUKI, JAMES N. BARRY,
MARK A. HOPKINS, RONALD L. WEILERT,
NEURAL MARKETS, LLC (Illinois),
NEURAL MARKETS, LLC (Delaware),
KEITH A. HOOPER, WEILERT INVESTMENTS, LLC,
HOPKINS AND ASSOCIATES, P.C., EVOLUTION
QUANTITATIVE 1X FUND,
and EVOLUTION QUANTITATIVE 1X, LLC,

Defendants,

JP MORGAN CHASE & CO.,

Relief Defendant.
--------------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, relief defendant JPMorgan Chase & Co. s/h/a JP Morgan Chase & Co., by its attorneys, Stagg, Terenzi, Confusione & Wabnik, LLP, discloses that it is a publicly held corporation, it has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: Garden City, New York
October 20, 2011

Stagg, Terenzi, Confusione & Wabnik, LLP

By: /s/Thomas E. Stagg
Thomas E. Stagg
Attorneys for Relief Defendant
JPMorgan Chase & Co.
s/h/a JP Morgan Chase & Co.

**Office & P.O. Address**
401 Franklin Avenue, Suite 300
Garden City, New York 11530
tstagg@stcwlaw.com
(516) 812-4500