# CERTIFICATE OF SERVICE

RE: Tishfield v. Belal K. Faruki et al.
Docket No. 11-cv-6359 (JSR)

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

I, BETTY M. VALENTINE, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on October 20, 2011, the service of the within Rule 7.1 Corporate Disclosure Statement was made by depositing a true copy thereof, enclosed in a post-paid wrapper, into the exclusive care and custody of the U.S. Postal Service within New York State, addressed as shown below:

Law Offices of Alan S. Futerfas
Allan S. Futerfas
Attorneys for Marc Tishfield
565 Fifth Avenue, 7th Floor
New York, New York 10017

BELAL K. FARUKI
464 Bellar Court
North Aurora, Illinois 60542

MARK A. HOPKINS
240 East Illinois Street Apt 902
Chicago, Illinois 60611

MARK A. HOPKINS
Hopkins & Associates P.C., as registered agent
150 North Michigan Avenue, 28th Floor
Chicago, Illinois 60601

RONALD L. WEILERT
3838 Plainfield Road
Oswego, Illinois 60634

NEURAL MARKETS, LLC (Delaware)
The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

NEURAL MARKETS, LLC (Illinois)
464 Bellar Court
North Aurora, Illinois 60542

NEURAL MARKETS, LLC (Illinois)
Hopkins & Associates P.C., as registered agent
150 North Michigan Avenue, 28th Floor
Chicago, Illinois 60601

KEITH A. HOOPER
1529 West Adams Street
Chicago, Illinois 60607

WEILERT INVESTMENTS, LLC
57 West Van Buren Street
Oswego, Illinois 60543

HOPKINS AND ASSOCIATES, P.C.

EVOLUTION QUANTITATIVE 1X FUND

150 North Michigan Avenue, 28th Floor
Chicago, Illinois 60601
EVOLUTION QUANTITAVE IX FUND
c/o Neural Markets LLC
Hopkins & Associates P.C., as registered agent
150 North Michigan Avenue, 28th Floor
Chicago, Illinois 60601

464 Bellar Court
North Aurora, Illinois 60542
EVOLUTION QUANTITAVE IX FUND
c/o Neural Markets LLC
The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

EVOLUTION QUANTITATIVE 1X, LLC
57 West Van Buren Street
Oswego, Illinois 60543

Under penalty of perjury, I declare that the foregoing is true and correct.

Betty M Valentine
BETTY M. VALENTINE

Sworn to before me this
20th day of October, 2011

Susan Turner
NOTARY PUBLIC

SUSAN TURNER
Notary Public, State of New York
No. 01TU5079709
Qualified in Nassau County
Commission Expires ~~June 9,~~ 7/1/15.