UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC TISHFIELD,

               Plaintiff,

  -against-

BELAL K. FARUKI, JAMES N. BARRY,
MARK A. HOPKINS, RONALD L. WEILERT,
NEURAL MARKETS, LLC (Illinois),
NEURAL MARKETS, LLC (Delaware), KEITH
A. HOOPER, WEILERT INVESTMENTS, LLC,
HOPKINS AND ASSOCIATES, P.C., EVOLUTION
QUANTITATIVE 1X FUND,
and EVOLUTION QUANTITATIVE 1X, LLC

               Defendants,

JP MORGAN CHASE & CO.,

               Relief Defendant.

------------------------------------------------------------x

11 Civ. 6359 (JSR)

**STIPULATION OF SETTLEMENT AND DISCONTINUANCE**

     It is hereby stipulated by and between Counsel for Plaintiff Marc Tishfield and the undersigned Defendants that the claims between Plaintiff and the undersigned Defendants in the above-captioned action were settled by the terms of a Settlement Agreement.

     Therefore, it is ordered by the Court that this action is discontinued, with continuing jurisdiction vesting with this Court to enforce the Settlement Agreement.

_____
Alan S. Futerfas
Law Offices of Alan S. Futerfas
565 5th Avenue, 7th Floor
New York, New York 10017
*Counsel for Plaintiff Marc Tishfield*

_____
Defendant Ronald Weilert

_____ 6/7/12
Defendant Belal K. Faruki

_____ 6/7/12
Belal K. Faruki
Managing Member
Defendant Neural Markets, LLC
(Delaware)

_____
Defendant Mark A. Hopkins

_____
Ronald Weilert
Member
Defendant Evolution Quantitative
IX, LLC

_____ 6/7/12
Belal K. Faruki
Managing Member
Defendant Neural Markets, LLC
(Illinois)

_____
Mark A. Hopkins
Hopkins & Associates, P.C.

_____    6-2-12
SO ORDERED:
U.S. DISTRICT JUDGE
HONORABLE JED S. RAKOFF