UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC TISHFIELD,
Plaintiff,

-against-

BELAL K. FARUKI, JAMES N. BARRY, MARK A. HOPKINS, RONALD L. WEILERT, NEURAL MARKETS, LLC (Illinois), NEURAL MARKETS, LLC (Delaware), KEITH A. HOOPER, WEILERT INVESTMENTS, LLC, HOPKINS AND ASSOCIATES, P.C., EVOLUTION QUANTITATIVE 1X FUND, and EVOLUTION QUANTITATIVE 1X, LLC

Defendants,

JP MORGAN CHASE & CO.,
Relief Defendant.

Docket No. 11-cv-6359

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/15

## ORDER AND JUDGMENT

This action having been commenced on September 12, 2011 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been duly personally served on the defendants, and an Amended Complaint having been served on the defendants on December 3, 2011, and a motion to dismiss having been filed by the defendants and denied in pertinent part by this Court;

The parties having entered into and executed a Settlement Agreement on June 6, 2012, which provided that: (i) Defendant Ronald L. Weilert would pay Plaintiff the sum of $635,000.00 plus interest at 10% per annum from January 1, 2013 plus Plaintiff's attorneys' fees and other costs of enforcement and (ii) Defendant Belal K. Faruki and Defendant Mark A. Hopkins were joint and severally liable for and would pay Plaintiff the sum of $100,000.00 plus Plaintiff's attorneys' fees and other costs of enforcement;

Weilert having only paid to Plaintiff the sum of $105,000.00 with all other sums provided for in the Settlement Agreement remaining unpaid;

Defendants having executed confessions of judgment in favor of Plaintiff in the following amounts to secure unpaid settlement amounts: Ronald L. Weilert in the amount of $688,500.00; Belal K. Faruki in the amount of $300,000.00; and Mark A. Hopkins in the amount of $100,000.00; and

Plaintiff having brought a motion for enforcement and judgment, based upon the supporting Memorandum of Law and Affirmation of Alan S. Futerfas, Esq. and exhibits thereto it is

ORDERED, ADJUDGED AND DECREED: That the Court has appropriate subject matter and personal jurisdiction over the parties, and that judgment is entered in favor of Plaintiff, MARC TISHFIELD, and against the Defendants, as follows:

(i) against Defendant Ronald L. Weilert in the amount of $535,000.00 plus total interest to date of $130,880.00 calculated as follows (1) interest at 10% per annum from January 1, 2013 until December 31, 2013 on the $535,000.00, amounting to $53,500.00, (2) interest at 10% per annum from January 1, 2014 until December 31, 2014 on $530,000.00, amounting to $53,000.00 and (3) interest at 10% per annum from January 1, 2015 until the current date on $530,000.00, amounting to $24,380.00 as of the date hereof, plus Plaintiff's attorneys' fees and costs and disbursements of this action and for enforcement, amounting to $11,514.75 as of the date hereof, plus such additional attorneys' fees, costs and disbursements as may be reasonably necessary to recover the said amounts due;

(ii) against defendant Belal K. Faruki for in the amount of $100,000.00 plus Plaintiff's attorneys' fees and costs and disbursements of this action and for enforcement, amounting to $11,514.75 as of the date hereof, plus such additional attorneys' fees, costs and disbursements as may be reasonably necessary to recover the said amounts due; and

(iii) against defendant Mark A. Hopkins in the amount of $100,000.00 plus Plaintiff's attorneys' fees and costs and disbursements of this action and for enforcement, amounting to $11,514.75 as of the date hereof, plus such additional attorneys' fees, costs and disbursements as may be reasonably necessary to recover the said amounts due.

Dated: New York, New York
6/19, 2015

U.S.D.J.

This document was entered on the docket on ________________, 2015